1 | LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN
A Professional Corporation
2 | ANDREW W. ZEPEDA, State Bar No. 106509
*azepeda@lurie-zepeda.com*
3 | KIAN R. MAGANA, State Bar No. 300943
*kmagana@lurie-zepeda.com*
4 | 1875 Century Park East, Suite 2100
Los Angeles, California 90067-2574
5 | PH: (310) 274-8700   FAX: (310) 274-2798

6 | Attorneys for Defendant and Cross-Claimant
5401 Sepulveda Capital Group, LLC

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES SHAYLER,

Plaintiffs,

v.

DECEDENTS ESTATE OF MARJORIE
EMLING, Trustee of the Emling Family
Trust; LINDA MASSIMINI, holder of
power of attorney for the Estate of
Marjorie Emling; BHG SIBLINGS, LLC, a
California Limited Liability Company;
5401 SEPULVEDA CAPITAL GROUP,
LLC a California Limited Liability
Company; HARSHAL ANAND LAL, an
individual, and Does 1 - 10,

Defendants.

5401 SEPULVEDA CAPITAL GROUP,
LLC, a California Limited Liability
Company,

Cross-Claimant,

v.

THE EMLING FAMILY TRUST; LINDA
MASSIMINI, as holder of power for the
Emling Family Trust; and HARSHAL
ANAND LAL, an individual

Cross-Defendants,

Case No.: 5:19-cv-01022-JGB-SHKx
(Assigned to Hon. Jesus G. Bernal)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Action Filed:  February 4, 2020
Trial Date:     September 29, 2020

///

{00589934.DOCX}                    1

LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN
1875 Century Park East, Suite 2100
Los Angeles, California 90067-2574

Pursuant to <u>Federal Rule of Civil Procedure 41</u>, the Court, having considered the documents before it, and the Parties having stipulated, and the Court being fully advised finds as follows:

**IT IS ORDERED THAT:**

Cross-Claimant 5401 Sepulveda Capital Group, LLC's ("5401") action against Cross-Defendants The Emling Family Trust; Linda Massimini, holder of power of attorney for Estate of Marjorie Emling; and Harshal Anand Lal, an individual; ("Cross-Defendants") is dismissed without prejudice. Each party will be responsible for their own fees and costs.

Dated: September 22, 2020

Hon. Jesus G. Bernal
United States District Judge
Central District of California

LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN
1875 Century Park East, Suite 2100
Los Angeles, California 90067-2574

{00589934.DOCX}

ORDER FOR DISMISSAL WITH PREJUDICE USDC Case No. 5:19-cv-01022-JGB-SHK